IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALBERTO C.,[1]

      Plaintiff,

v.                                No. 1:24-cv-01063-JMC-LF

FRANK BISIGNANO,[2] Commissioner
of the Social Security Administration,

      Defendant.

## ORDER OVERRULING OBJECTIONS

The Magistrate Judge filed her Proposed Findings and Recommended Disposition

("PFRD") on March 3, 2026.  Doc. 20.  The PFRD notified the parties of their ability to file

objections within fourteen days, and that failure to do so waived appellate review.  *Id*. at 17.  On,

March 16, 2026, Plaintiff filed objections to the Magistrate Judge's PFRD.  Doc. 21.

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a *de novo* review of the

record, including all parts of the Magistrate Judge's PFRD that have been properly objected to.

After conducting this review and having thoroughly considered the Magistrate Judge's PFRD

and the objections, the Court finds no reason either in law or fact to depart from the Magistrate

Judge's conclusions.

IT IS THEREFORE ORDERED AS FOLLOWS:

    1.  Plaintiff's objections are OVERRULED;

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party in this case.

[2] Frank Bisignano was sworn in as the Commissioner of the Social Security Administration on May 7, 2025, and is automatically substituted as the defendant in this action.  FED. R. CIV. P. 25(d); 42 U.S.C. § 405(g) (stating that such an action "shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office").

2

2. The Magistrate Judge's PFRD (Doc. 20) are ADOPTED;

3. Plaintiff's Motion to Remand (Doc. 13) is DENIED, and the decision of the Commissioner is affirmed.

4. A final order is entered concurrently herewith.


/s/ Joel M. Carson III
JOEL M. CARSON III
UNITED STATES CIRCUIT JUDGE
SITTING BY DESIGNATION