## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ALBERTO C.,[1]

      Plaintiff,

    v.                                   Civ. No. 1:24-cv-01063-JMC-LF

FRANK BISIGNANO,[2] Commissioner
of the Social Security Administration,

      Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Order Overruling Objections, the Court hereby enters judgment in favor of Defendant.

/s/ Joel M. Carson III
JOEL M. CARSON III
UNITED STATES CIRCUIT JUDGE
SITTING BY DESIGNATION

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party in this case.

[2] Frank Bisignano was sworn in as the Commissioner of the Social Security Administration on May 7, 2025, and is automatically substituted as the defendant in this action. FED. R. CIV. P. 25(d); 42 U.S.C. § 405(g) (stating that such an action "shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office").